UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA THOMAS STETZER | Case No. 5:24-cv-01668-JAK-JC |
| Petitioner, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| J. DOERER, | |
| Respondent. | |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the November 26, 2024 Report and Recommendation of United States Magistrate Judge.

IT IS HEREBY ORDERED that (1) Petitioner's Motion for Evidentiary Hearing and Motion for Reconsideration are denied; (2) the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 and this action are dismissed; (3) Judgment shall be entered accordingly; and (4) the

///

///

///

Clerk shall serve copies of this Order and the Judgment on Petitioner and counsel for Respondent.

    IT IS SO ORDERED.

DATED: December 23, 2024

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE