JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA THOMAS STETZER, | ) | Case No. 5:24-cv-01668-JAK-JC |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J. DOERER, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 and this action are dismissed.

IT IS SO ADJUDGED.

DATED: December 23, 2024

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE